IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CANTANYA STEVENSON, individually and on behalf of persons similarly situated, | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 2:17-CV-05561 |
| v. | ) ) | Honorable Mary Ann Vial Lemmon |
| MIAMINOLA ENTERPRISES, LLC, ENVIE FQ LLC, and HASAN ERGEN, | ) ) ) ) | Mag. Judge Michael North |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

As affirmed by their signatures below, Plaintiff, Catanya Stevenson, through her undersigned counsel, and all Defendants, Miaminola Enterprises, LLC, Envie FQ LLC and Hasan Ergen, through their undersigned counsel, hereby stipulate that this matter is dismissed with prejudice, each party to bear their own costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

/s Charles J. Stiegler
Charles J. Stiegler (#33456)
Charles@StieglerLawFirm.com
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite 104
New Orleans, La. 70124
Telephone: (504) 267-0777
Facsimile: (504) 513-3084

/s/ Robert B. Landry III
Robert B. Landry III (#18998) (TA)
rlandry@landryfirm.com
ROBERT B. LANDRY III, PLC
5420 Corporate Boulevard, Suite 204
Baton Rouge, Louisiana 70808
Telephone: (225) 349-7460
Facsimile: (225) 349-7466

*Attorneys for Plaintiff*

and

/s *Kyle Sclafani*
The Law Office of Kyle Sclafani
4130 Canal Street
New Orleans, La. 70119
Telephone: (504) 875-4079
Facsimile: (504) 910-4324
kyle@kylesclafanilaw.com
Trial Attorney

/s *Taylor C. Stone*
The Law Office of Taylor C. Stone
4130 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 717-4874
Facsimile: (504) 910-0053
tstone@taylorstonelaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, I served the foregoing Stipulation of Dismissal on counsel of record for all parties via the court's electronic filing system.

　　　　/s Charles J. Stiegler
　　　Charles J. Stiegler